UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| In The Matter Of:<br>David Antonio Campoverde<br><br>    Debtor,<br><br>CitiMortgage, Inc., or its Successors and Assigns<br><br>    Movant,<br><br>vs.<br><br>David Antonio Campoverde<br><br>and<br><br>Patricia E. Hamilton<br><br>    Trustee, | Case No. 10-41685-jmk<br><br>Chapter 7<br><br>Motion To Lift Stay Filed By CitiMortgage, Inc., or its Successors and Assigns<br><br>Cynthia M. Woolverton, Esq.<br>Millsap & Singer, LLC<br>612 Spirit Drive<br>St. Louis, MO 63005<br>(636) 537-0110 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, CitiMortgage, Inc., or its Successors and Assigns and for its Motion for Relief from Automatic Stay, pursuant to Rules 4001 and 9014 of the Bankruptcy Rules, states as follows:

    1.    Movant is a corporation organized and existing in accordance with law and is the holder of a Mortgage dated February 15, 2006 and recorded in Book 394, Page 87 and Promissory Note secured by certain realty located at 2001 Mt Vernon Terrace, Emporia, KS 66801; more particularly described as follows:

> LOT 40 IN BLOCK 6 IN LANDMARK ADDITION TO THE CITY OF EMPORIA, LYON COUNTY, KANSAS, ACCORDING TO THE RECORDED PLAT THEREOF. Tax ID No. EA06555

1

A copy of said Mortgage, which is recorded in the Lyon County Register of Deeds Office, and a copy of the Promissory Note have been electronically attached to this document as Exhibits and are made a part hereof by this reference.

2. Movant seeks to enforce said Note and Mortgage as by law allowed. No creditor or Trustee of the estate has any interest in said realty superior to the rights of Movant.

3. This Court previously entered its Order pursuant to 11 U.S.C. Section 362(a) prohibiting, among other things, any act to enforce any lien against the property of the estate and any act to obtain possession of property of the estate.

4. The current pay off on said note is as follows:

| | |
|---|---|
| Principal | $145,719.89 |
| Interest | $8,645.75 |
| Late Charges | $483.50 |
| Escrow | $1,166.92 |
| Inspection Fees | $108.00 |
| MFR Attorney Fees | $550.00 |
| MFR Attorney Costs | $150.00 |
| Foreclosure Fees and Costs | $1,616.54 |
| Servicing Fees | $7.00 |
| FHA/PMI Premium | $168.30 |
| Total Pay Off | $158,615.90 |

5. Monthly payments are owing and delinquent from February 1, 2010 to the present. The following are the payments that are delinquent:

| | |
|---|---|
| 10 payments @ $1,406.61 | $14,066.10 |
| MFR Attorney Fees | $550.00 |
| MFR Attorney Costs | $150.00 |
| Accrued Late Charges | $483.50 |
| Foreclosure Fees and Costs | $1,616.54 |
| Property Inspection Fees | $108.00 |
| Total Arrearages | $16,974.14 |

No payments have been received and applied since this Chapter 7 has been filed.

6. The aforesaid realty has depreciated in value while in possession of the Debtor and there is no equity in said property. The approximate value of this collateral is $145,000.00. The property is not listed in the Debtor's Statement of Intentions.

7. The following are all consensual lien holders with respect to the collateral known to Movant:

   None.

8. Movant seeks to pursue its remedies under state law in connection with the aforesaid Mortgage and Note against the property. Upon a Discharge Order being entered in the present case Movant will only seek in rem relief under state law. Movant currently has a foreclosure action pending in the District Court of Lyon County with Case Number 10CV146.

9. By reason of the aforesaid facts, Movant lacks adequate protection of its interest in said property pursuant to the 11 U.S.C. Section 362(d), and Movant is entitled to relief from the automatic stay order.

10. Movant specifically requests permission from this Honorable Court to communicate with Debtor and Counsel for Debtor to the extent provided for under applicable nonbankruptcy law.

WHEREFORE, Movant prays that this Court terminate the automatic stay in regard to the realty in order to permit Movant to proceed with foreclosure on the aforesaid property, to pursue its remedies under state law in connection with the aforesaid Mortgage and Note, and to pursue its remedies under state law for possession of said property after, and that the property be deemed abandoned by the Chapter 7 Trustee as an asset of the bankruptcy estate effective upon entry of the Court's Order, and for such other relief as is appropriate and just.

Dated November 12, 2010

Millsap & Singer, LLC

*/s/ Cynthia M. Woolverton*
Cynthia M. Woolverton, #21445
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bktyks@msfirm.com

Attorneys for CitiMortgage, Inc., or its Successors and Assigns

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on November 12, 2010, with the United States Bankruptcy Court for the District of Kansas, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and has been served by depositing a true copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

David Antonio Campoverde
1426 Sean Street
Emporia, KS 66801

Robert N. Symmonds
The Law Office of Robert N. Symmonds
Attorney for Debtor
427 Commercial St
Emporia, KS 66801
info@symmondslaw.com

Patricia E. Hamilton
Stevens and Brand, LLP
Chapter 7 Trustee
515 S. Kansas Avenue, Suite 200
Topeka, KS 66603
PHamilton@stevensbrand.com

Richard A. Wieland
301 North Main
Suite 1150
Wichita, KS 67202

          */s/ Cynthia M. Woolverton*