## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:                       )
**DAVID ANTONIO CAMPOVERDE**   )    **Case No. 10-41685-7 JMK**
                             )
          **Debtor.**         )

## TRUSTEE'S OBJECTION TO CITIMORTGAGE, INC., OR ITS SUCCESSORS AND ASSIGNS' MOTION FOR RELIEF FROM STAY

COMES NOW Patricia E. Hamilton, Chapter 7 Trustee (the "Trustee"), and for her Objection to CitiMortgage, Inc., or its successors or assigns' Motion for Relief from Stay, states:

1.     Debtor filed a voluntary Chapter 7 Bankruptcy Petition on September 17, 2010 (the "Filing Date").

2.     On November 12, 2010, CitiMortgage, Inc., or its successors or assigns filed its Motion for Relief from Stay ("Motion") in regard to a real estate mortgage on real estate which is not listed as exempt and having a value of $145,000 in the Debtor's schedules.

3.     Prior to the Filing Date, upon information and belief, the Debtor executed a promissory note (the "Note") in favor of CitiMortgage, Inc. ("CitiMortgage"). The Note attached to the Motion does not bear an endorsement.

4.     Upon information and belief, the Debtor executed a real estate mortgage (the "Mortgage) in favor of Mortgage Electronic Registration Systems ("MERS") as nominee of CitiMortgage, Inc. in regard to certain real estate in Lyon County, Kansas, and commonly described as 2001 Mt. Vernon Terrace, Emporia, Kansas, 66801 (the "Real Property"). The Real Property has not been claimed as exempt.

5. CitiMortgage attached the Note and Mortgage to the Motion and states it is entitled to enforce the Note and Mortgage as allowed by law. However, the Motion fails to specify the actual legal and factual basis for the requested relief. Attached to the Motion is an Assignment of Mortgage dated June 16, 2010, and executed by D. M. Wileman on June 18, 2010, purporting to assign the Mortgage from MERS as nominee for CitiMortgage, Inc. G4318 Miller Road, Flint, MI 48507 to CitiMortgage, Inc., 4050 Regent Blvd., Mail Stop N2A-222, Irving, TX 75063. No evidence of Ms. Wileman's authority to execute the assignment is provided.

6. Attached to the Motion is a copy of the Mortgage. Page one of the Mortgage bears the recordation stamp from the Lyon County Register of Deeds. A copy of page one of the copy of the Mortgage attached to the Motion is attached hereto, incorporated herein and identified as **Exhibit A**. This copy of the Mortgage does not reflect the Mortgage Identification Number (the "MIN"), though the letters "MIN" are present on the copy.

7. The copy of the Mortgage attached as Plaintiff's Exhibit B and filed in the Lyon County District Court bears the MIN. A copy of the first page of the version of the Mortgage filed in the Lyon County District Court on Jun 24, 2010, is attached hereto, incorporated herein and identified as **Exhibit B**.

8. The only discernable difference between the copy of the Mortgage filed in the Lyon County District Court and the copy of the Mortgage attached to the Motion for relief from stay is that the MIN has been removed from the copy filed with this Court in order to obtain relief from the automatic stay.

9. The MERS website reflects that this loan is actually being serviced by CitiMortgage but the "investor" is Fannie Mae. A copy of the information obtained from the MERS website is attached hereto, incorporated herein, and identified as **Exhibit C**.

10. Both the Lyon County foreclosure and the Motion were filed by the same firm, Millsap & Singer, LLC.

11. The copy of the Mortgage attached to the Motion in this case appears to have been deliberately altered to delete the MIN. The MIN is significant in that the information on the MERS website available with the MIN reflects that CitiMortgage is only the servicer of this loan. Since the information available on the MERS website reflects that the investor is Fannie Mae, the Trustee believes that the Note was not held by CitiMortgage but instead by Fannie Mae. As indicated by the Assignment attached to the Motion, MERS assigned the Mortgage to CitiMortgage.

12. CitiMortgage has failed to provide any evidence of the chain of title of the Note or Mortgage to demonstrate its legal, equitable or factual basis for seeking the requested relief.

13. The Trustee requests that the Court deny the Motion on the basis that CitiMortgage has failed to provide sufficient documentation to demonstrate that it is entitled to the relief requested. Additionally, the Trustee requests that the Court require CitiMortgage to produce evidence of all assignments, sales, transfers, agency authority, trust agreements or any other type of documents or agreements that has been used to transfer, sell, assign or negotiate an interest or right in the Note or Mortgage (the "Transfer Records"). The Trustee also requests that CitiMortgage be required to provide complete contact information for all parties who executed any of the Transfer Records.

The Trustee further requests that the Court require the CitiMortgage to produce any other documents, records, ledgers or statements related to the Transfer Records or the transactions, transfers, assignments, sales or negotiations of the Note and/or the Mortgage and be required to identify the party or parties who are claiming to be the owner and holder of the Note and/or Mortgage.

WHEREFORE, the Trustee requests that the Court enter an order denying the Motion, and further order CitiMortgage, to produce the Transfer Records, provide complete contact information for all parties who executed any of the Transfer Records, and to produce any other documents, records, ledgers or statements related to the Transfer Records or the transactions, transfers, assignments, sales or negotiations of the Note and/or the Mortgage, and be required to identify the party or parties who are claiming to be the owner and holder of the Note and/or Mortgage, and grant such other and further relief as is just and equitable.

Respectfully submitted,

   s/ Patricia E. Hamilton
Patricia E. Hamilton, KS #13263
515 S. Kansas Ave, Suite 200
Topeka, KS 66603
785-408-8000 Phone; 408-8003 Fax
Phamilton@stevensbrand.com
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the Trustee's Objection Motion for Relief from Stay was filed electronically on this 3rd Day of December, 2010 with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that a copy of the Trustee's Objection to Motion for Relief from Stay was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

NONE.

s/Patricia E. Hamilton
Patricia E. Hamilton

38.00
34.00
397.80

STATE OF KANSAS LYON CO.
VOL 394 PAGE 87

MICROFILMED
ORIGINAL
COMPARED WITH
RECORD

2006 FEB 15 PM 2:56

REGISTER OF DEEDS
VICTORIA LOPEZ

REGISTRATION FEE
AMOUNT OF INDEBTEDNESS $ 153,000.00
FEES $ 397 PAID THIS 15 DAY OF FEB
2006 NO. 180

Return To: CitiMortgage, Inc.
Attn: Document Processing
P.O. Box 790021
St. Louis, MO 63179-0021

Prepared By: CitiMortgage, Inc.

---
[Space Above This Line For Recording Data]
---

# MORTGAGE

MIN

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated February 15, 2006
together with all Riders to this document.

(B) "Borrower" is David A. Campoverde

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is
acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee
under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an
address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888)679-MERS.

KANSAS-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3017 1/01

-6A(KS) (0202).01

Page 1 of 15                    Initials: D.A.C.

VMP Mortgage Solutions (800)521-7291

CitiMortgage 2.11.1.45 V4

87


TRUSTEE'S
EXHIBIT
A

**PLAINTIFF'S EXHIBIT**
B

38.00
34.00
397.80

STATE OF KANSAS LYON CO.
VOL 394 PAGE 87

MICROFILMED
ORIGINAL
COMPARED WITH
RECORD

2006 FEB 15 PM 2: 56

REGISTER OF DEEDS
VICTORIA LOPEZ

REGISTRATION FEE
AMOUNT OF INDEBTEDNESS $ 153,000.00
FEES $ 397 PAID THIS 15 DAY OF Feb
2006 NO. 190

Return To: CitiMortgage, Inc.
Attn: Document Processing
P.O. Box 790021
St. Louis, MO 63179-0021

Prepared By: CitiMortgage, Inc.

---
[Space Above This Line For Recording Data]

# MORTGAGE

MIN   100011520030140238

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated February 15, 2006 together with all Riders to this document.

(B) "Borrower" is David A. Campoverde

Borrower is the mortgagor under this Security Instrument.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888)679-MERS.

KANSAS-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS    Form 3017 1/01

-6A(KS) (02002).01

Page 1 of 15    Initials: D.A.C

VMP Mortgage Solutions (800)521-7291

CitiMortgage 2.11.1.45 V4

**TRUSTEE'S EXHIBIT**
B



*Process Loans, not Paperwork!™*

www.mers-servicerid.org

## 1 record matched your search:

MIN: 1000115-2003414023-8    Note Date: 02/15/2006

MIN Status: Active

Servicer: CitiMortgage, Inc.
O'Fallon, MO

Phone: (800) 283-7918

Investor: Fannie Mae
Washington, DC

Phone: (202) 752-7000

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, Inc.



TRUSTEE'S
**EXHIBIT**
_____C_____