U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
1/12/2011
Hon. Janice Miller Karlin, Presiding

09:00 AM

Case Information:
    10-41685 David Antonio Campoverde   Chapter: 7

Judge: JMK   Filed: 09/17/2010   Discharged:

Appearances:
    Robert N. Symmonds representing David Antonio Campoverde (Debtor)
    X Patricia E Hamilton representing Patricia E Hamilton (Trustee)
    X Michael Wambolt representing CitiMortgage

Issue(s):
    Motion for Relief from Stay 2001 Mt Vernon Terrace, Emporia, KS 66801. Fee Amount $150, Filed on behalf of Creditor CitiMortgage, Inc. (Attachments: # (1) Exhibit Mortgage# (2) Exhibit Note# (3) Exhibit Assignment), with Certificate of Service.

Notes/Decision: **Court orders Mr. Wambolt to provide by 2/1/11, in letter form (copy to trustee), information explaining how/why MIN redaction occurred. Continued to 2/9/11 9:00 by text order.**

Courtroom Deputy: Beth Cromwell
ECRO Deputy: Dana Colombo