IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE: | ) | |
|---|---|---|
| DAVID ANTONIO CAMPOVERDE, | ) | Case No. 10-41685-7 JMK |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD ON MOTION TO COMPEL AND REQUEST FOR EXPEDITED HEARING**

**COMES NOW** Patricia E. Hamilton, Chapter 7 Trustee in the above-referenced bankruptcy case, and for her Motion to Shorten Notice Period on Motion to Compel and Request for Expedited Hearing, states:

1. The Debtor, David Antonio Campoverde, filed a voluntary petition under the United State Bankruptcy Code on September 17, 2010 (the "Filing Date").

2. Contemporaneous with the filing of this Motion, the Trustee filed her Motion to Compel (the "Motion") with the Court in regard to CitiMortgage's failure to comply with this Court's orders as announced at the February 9, 2011 hearing on CitiMortgage's Motion for Relief from Stay and the Trustee's Objection. As set out in the Motion to Compel, CitiMortgage failed to address its standing to proceed in regard to the Motion for Relief, failed to provide the Trustee with a true and correct copy of the Note as it now exists, and failed to provide any other documents or records to trace the ownership of the Note or to reveal who is the current beneficial owner of the Note and therefore, the real party in interest.

3. The Court continued the Motion for Relief and the Trustee's Objection to a status conference for April 13, 2011 at 3:00 p.m. In order to avoid further delay, cost and expense to the Trustee and estate, the Trustee requests that the deadline for any objection or response to the Motion to Compel be shortened so that the response to the Motion to Compel shall be due by

Monday, April 5, and further requests that the Motion to Compel be set with the Motion for Relief and Objection for hearing on April 13, 2011, at 3:00 p.m.

4. The requested relief is appropriate in light of the Court's ruling on February 9, 2011, and in light of the nature and extent of CitiMortgage's response to the Court's orders, inquiries and directives. If the Motion to Compel is not set for hearing on April 13, it will result in further delay of the Motion for Relief. The Trustee contends (and believes the Court so ordered) that the information which was to have been supplied by CitiMortgage is necessary to determine the pending Motion for Relief. As set out in the Motion to Compel, the Trustee contends it is bad faith on the part of CitiMortgage to have failed to comply with the Court's orders and to fail to comply with its obligations as set out under the applicable sections of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and this Court's Local Rules.

**WHEREFORE**, the Trustee respectfully requests the Court issue an order shortening the objection deadline in regard to the Motion to Compel to Monday, April 5, 2011, and that the Court set the Motion to Compel for hearing on April 13 at 3:00 p.m. so that it may be heard with the Motion for Relief, and for such further and additional relief as is just and equitable.

Respectfully submitted,

s/ Patricia E. Hamilton
Patricia E. Hamilton  KS Bar No. 13263
515 S. Kansas Avenue, Suite 200
Topeka, KS 66603
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Counsel for Patricia E. Hamilton, Trustee

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of Trustee's Motion to Shorten Notice Period and Request for Expedited Hearing was filed electronically on this 22nd day of March, 2011, with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.
    Further, I certify that a copy of Trustee's Motion to Shorten Notice Period and Request for Expedited Hearing was served by U.S. Mail, first class postage prepaid and properly addressed to the following party/parties.

NONE

                                    s/ Patricia E. Hamilton
                                    Patricia E. Hamilton

3

Case 10-41685   Doc# 44   Filed 03/22/11   Page 3 of 3