U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
4/13/2011
Hon. Janice Miller Karlin, Presiding

03:00 PM

Case Information:
    10-41685 David Antonio Campoverde   Chapter: 7

Judge: JMK   Filed: 09/17/2010     Discharged: 02/22/2011

Appearances:
    Robert N. Symmonds representing David Antonio Campoverde (Debtor)
    √ Patricia E Hamilton representing Patricia E Hamilton (Trustee)
    Kristen Ballobin with Patricia Hamilton
    √ Michael Wambolt representing CitiMortgage

**Status Conference**
Issue(s):
    Motion to Compel Compliance With Court's Orders from CitiMortgage, Inc. Filed on behalf of Trustee Patricia E Hamilton, with Certificate of Service.

    Motion for Relief from Stay 2001 Mt Vernon Terrace, Emporia, KS 66801. Fee Amount $150, Filed on behalf of Creditor CitiMortgage, Inc. (Attachments: # (1) Exhibit Mortgage# (2) Exhibit Note# (3) Exhibit Assignment), with Certificate of Service.

    Trustee's Supplement To Motion To Compel And For Sanctions Pursuant To Fed.R.Bankr.Proc.7037

Notes/Decision:

**Motion for Relief from Stay to be withdrawn; Parties are to submit an agreed order on the Motion to Compel and for Sanctions.**

Courtroom Deputy: Phyllis Rambert/Joyce Ridgeway