UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
TOPEKA DIVISION

| In The Matter Of: | ) | |
| --- | --- | --- |
| | ) | Case No. 10-41685-jmk |
| David Antonio Campoverde | ) | |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| CitiMortgage, Inc., | ) | |
| | ) | |
| Movant, | ) | |

## MEMORANDUM

COMES NOW CitiMortgage, Inc., by and through its Attorney and hereby withdraws its Motion for Relief from Stay without prejudice.

Dated April 21, 2011

Millsap & Singer, LLC

*/s/ Cynthia M. Woolverton*

Cynthia M. Woolverton, #21445
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bktyks@msfirm.com

Attorneys for CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on April 21, 2011, with the United States Bankruptcy Court for the District of Kansas, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and has been served by depositing a true copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

David Antonio Campoverde
1426 Sean Street
Emporia, KS 66801

Robert N. Symmonds
The Law Office of Robert N. Symmonds
Attorney for Debtor
427 Commercial St
Emporia, KS 66801
info@symmondslaw.com

Patricia E. Hamilton
Stevens and Brand, LLP
Chapter 7 Trustee
515 S. Kansas Avenue, Suite 200
Topeka, KS 66603
PHamilton@stevensbrand.com

Richard A. Wieland
301 North Main
Suite 1150
Wichita, KS 67202

                                                            */s/ Cynthia M. Woolverton*