IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
DAVID ANTONIO CAMPOVERDE, ) Case No. 10-41685-7 JMK
 )
Debtor. )

## MOTION BY TRUSTEE TO APPROVE COMPROMISE AND SETTLEMENT AND FOR ABANDONMENT OF REAL PROPERTY

COMES NOW Patricia E. Hamilton, Trustee (hereinafter, the "Trustee"), by and through her counsel, Patricia E. Hamilton, and for her Motion to Approve Compromise and Settlement and for Abandonment of Real Property, states:

1. The Debtor, David Antonio Campoverde, filed a voluntary petition under the United State Bankruptcy Code on September 17, 2010 (the "Filing Date").

2. On November 12, 2010, CitiMortgage, Inc. filed its Motion for Relief from Stay ("Motion for Relief") in regard to a real estate mortgage on real estate located at 2001 Mt. Vernon Terrace, Emporia, Kansas, 66801, in Lyon County, Kansas, which is not claimed as exempt and having a value of $145,000 in the Debtor's schedules (the "Real Property").

3. The Trustee filed her Objection to the Motion for Relief. The Trustee also filed a Motion to Compel and a Motion for Sanctions in connection with her Objection to the Motion for Relief. On April 21, 2011, CitiMortgage withdrew its Motion for Relief.

4. Subject to the Court's approval, the Trustee and CitiMortgage have reached an agreement to resolve all issues in this case, including but not limited to the issues, claims and causes of action related to the Real Property, the Motion for Relief, the Motion to Compel and the Motion for Sanctions (collectively, the "Claims"). Pursuant to the parties' agreement, upon entry of an order

approving this Motion, CitiMortgage shall within 10 (ten) days pay to the Trustee the sum of $10,000 in full and complete satisfaction and resolution of all Claims. As a part of this settlement, CitiMortgage, all successors, assigns, agents and principals waive the right to share in any distribution of funds from the Estate.

5. The Trustee requests that the Court approve an abandonment of the Estate's interest in the Real Property as part of this settlement agreement.

6. The Trustee requests the parties' agreement be approved as it is in the best interests of the Estate, would avoid costly litigation that would be prejudicial to the Estate, and is a fair and equitable resolution of the Claims. The Trustee requests that the Court find that all matters related to the Motion to Compel and the Motion for Sanctions are resolved with the Order approving the settlement and no separate order is necessary in regard to the Motion to Compel or the Motion for Sanctions.

WHEREFORE, Trustee requests that this Court enter an order granting the Motion and granting such other relief as is just and equitable.

Respectfully submitted,

s/ Patricia E. Hamilton
Patricia E. Hamilton, KS Bar No. 13263
515 S. Kansas Ave, Suite 200
Topeka, KS 66603
785-408-8000 (phone), 408-8003 (fax)
**phamilton@stevensbrand.com**
Counsel for Trustee/Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned does herby certify that a true and correct copy of the foregoing was filed electronically on this 3rd day of June 2011, with the United Stats Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas and those parties listed on the attached matrix.

s/ Patricia E. Hamilton
Patricia E. Hamilton

```
Label Matrix for local noticing          Nebraska Furniture Mart                 Topeka Divisional Office
1083-5                                   PO BOX 3000                             240 US Courthouse
Case 10-41685                            Omaha, NE 68103-3030                    444 SE Quincy
District of Kansas                                                               Topeka, KS 66683-3592
Topeka
Fri Jun  3 09:16:13 CDT 2011

 CitiFinancial, Inc                      Advance America                         American InfoSource LP as agent for
P.O. Box 140489                          602 State St                            T MobileTMobile USA Inc
Irving, TX 75014-0489                    Emporia, KS 66801-2714                  PO Box 248848
                                                                                 Oklahoma City OK  731248848


American Payday Loans                    Bank of America                         Bank of America
520 West 6th Ave                         P.O. Box 45224                          P.O. Box 851001
Emporia, KS 66801-2756                   Jacksonville, FL  32232-5224            Dallas, TX  75285-1001



Capital Recovery IV LLC                  Cash-N-Hand, LLC                        Citi Financial
c/o Recovery Management Systems Corporat 425 Merchant Street                     Bankruptcy Remittance
25 SE 2nd Avenue Suite 1120              Emporia, KS 66801-4058                  PO Box 70923
Miami FL 33131-1605                                                              Charlotte NC 28272-0923



CitiMortgage, Inc                        EOS CCA                                 ER Solutions, Inc
P.O. Box 183040                          700 Longwater Dr                        800 SW 39th St
Columbus, OH  43218-3040                 Norwell, MA 02061-1624                  P.O. Box 9004
                                                                                 Renton, WA  98057-9004



FIA Card Services NABank of America      JC Penney                               John C. Patton, DDS
by American InfoSource LP as its agent   P.O. Box 960090                         1507 W. 12th Ave
PO Box 248809                            Orlando, FL  32896-0090                 Emporia, KS 66801-2457
Oklahoma City OK  731248809



Kansas Gas Service                       Kansas Gas Service                      Marion National Bank
Attn Bankruptcy Team                     P.O. Box 219046                         P.O. Box 295
PO Box 3535                              Kansas City, MO  64121-9046             Marion, KS 66861-0295
Topeka KS 66601-3535



(p)NEBRASKA FURNITURE MART               Quik Cash                               T Mobile
ATTN LEGAL DEPT                          1703 West 6th Ave                       P.O. Box 742596
PO BOX 3000                              Emporia, KS 66801-2408                  Cincinnati, OH  45274-2596
OMAHA NE 68103-3030



U.S. Trustee                             Verizon Wireless                        Verizon Wireless
Office of the United States Trustee      P.O. Box 25505                          PO Box 3397
301 North Main Suite 1150                Lehigh Valley, PA  18002-5505           Bloomington, IL 61702-3397
Wichita, KS 67202-4811



David Antonio Campoverde                 Patricia E Hamilton                     Robert N. Symmonds
1426 Sean Street                         Stevens and Brand, LLP                  427 Commercial St
Emporia, KS 66801-6064                   515 S. Kansas Avenue                    Emporia, KS 66801-4012
                                         Suite 200
                                         Topeka, KS 66603-3415
```