This Order terminates Doc. 54 and 56, and the Court also denies Doc. 43 (Motion to Compel) and Doc. 48 (Motion for Sanctions) as mooted by the compromise with CitiMortgage.

**SO ORDERED.**

**SIGNED this 30 day of June, 2011.**

_____
**JANICE MILLER KARLIN**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| **DAVID ANTONIO CAMPOVERDE,** | ) | **Case No. 10-41685-7 JMK** |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION BY TRUSTEE TO**
**APPROVE COMPROMISE AND SETTLEMENT AND**
**FOR ABANDONMENT OF REAL PROPERTY**

NOW COMES on the Motion of Patricia E. Hamilton, Chapter 7 Trustee, to Approve Compromise and Motion to Approve Compromise and Settlement and for Abandonment of Real Property (the "Motion"). The Court finds that the Motion was filed June 3, 2011 and that the notice period has run and there have been no objections filed. After being well and truly advised, the Court grants the Motion and makes the following findings and orders:

1. The Debtor, David Antonio Campoverde, filed a voluntary petition under the United State Bankruptcy Code on September 17, 2010 (the "Filing Date").

1

In Re David Antonio Campoverde
Case No. 10-41685-7
Order Granting Motion by Trustee to Approve Compromise and Settlement and for Abandonment
of Real Property

2.      Patricia E. Hamilton was appointed the case trustee and continues as of the date of this Order to serve as the duly authorized case trustee of this estate.

3.      On November 12, 2010, CitiMortgage, Inc. filed its Motion for Relief from Stay ("Motion for Relief") in regard to a real estate mortgage on real estate located at 2001 Mt. Vernon Terrace, Emporia, Kansas, 66801, in Lyon County, Kansas, which is not claimed as exempt and having a value of $145,000 in the Debtor's schedules (the "Real Property").

4.      The Trustee filed her Objection to the Motion for Relief. The Trustee also filed a Motion to Compel and a Motion for Sanctions in connection with her Objection to the Motion for Relief.  On April 21, 2011, CitiMortgage withdrew its Motion for Relief.

5.      The Trustee and CitiMortgage have reached an agreement to resolve all issues in this case, including but not limited to the issues, claims and causes of action related to the Real Property, the Motion for Relief, the Motion to Compel and the Motion for Sanctions (collectively, the "Claims").  The Court approves the parties' agreement and orders that CitiMortgage shall within 10 (ten) days pay to the Trustee the sum of $10,000 in full and complete satisfaction and resolution of all Claims.  As a part of this settlement, CitiMortgage, all successors, assigns, agents and principals waive the right to share in any distribution of funds from the Estate.

6.      Court approves the Trustee's abandonment of the Estate's interest in the Real Property as part of this settlement agreement.

2

Case 10-41685   Doc# 59   Filed 06/30/11   Page 2 of 4

In Re David Antonio Campoverde
Case No. 10-41685-7
Order Granting Motion by Trustee to Approve Compromise and Settlement and for Abandonment
of Real Property

7.     The Court approves this compromise and agreement as it is a fair resolution of all Claims related to the Real Property based on the nature of the possible claims and defenses, the significant costs of litigation, and the delay which would be caused by such litigation if the settlement is not approved. The Court finds that the settlement is in the best interest of creditors and pursuant to Fed.R.Bankr.Proc. 9019, and approves the agreement and authorizes the Trustee to act in accordance with the terms of the agreement.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the findings set out above are hereby made that this Court's Order, the terms and conditions of the parties' agreement of payment by CitiMortgage  in the amount of $10,000.00 are approved as set out above, which resolves all Claims related to the Real Property and that the Trustee does hereby abandon the estate's interest in and to the Real Property.

**IT IS SO ORDERED**.

# # # #

Prepared and submitted by:

s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
515 S. Kansas Avenue, Suite 200
Topeka, KS 66603
785-408-8000 phone; 408-8003 fax
phamilton@stevensbrand.com
Chapter 7 Trustee

3

In Re David Antonio Campoverde
Case No. 10-41685-7
Order Granting Motion by Trustee to Approve Compromise and Settlement and for Abandonment
of Real Property

4